UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

KRISTIE PATE,                          )
                    Plaintiff,         )
                                       )
v.                                     )          **JUDGMENT**
                                       )          No. 7:19-CV-126-FL
MEDICAL DIAGNOSTIC                     )
LABORATORIES, LLC, *d/b/a Genesis*     )
                    Defendant.         )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 15, 2021, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is GRANTED.

**This Judgment Filed and Entered on March 15, 2021, and Copies To:**
Todd J. Combs (via CM/ECF Notice of Electronic Filing)
Stephen D. Dellinger  (via CM/ECF Notice of Electronic Filing)

March 15, 2021                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk